# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

CONRAD RAYMOND GARDNER,

      Defendant-Appellant.

UNPUBLISHED
December 29, 2015

No. 323883
Oakland Circuit Court
LC No. 2013-247342-FC

Before: SAWYER, P.J., and BECKERING and BOONSTRA, JJ.

SAWYER, P.J. (*concurring*).

      I concur in the result only.

/s/ David H. Sawyer

-1-